## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

GALEN J. SMITH,

      **Plaintiff,**

v.                                           **No. 16-cv-0054 SMV**

MONARCH PROPERTIES, INC.;
ENCINO GARDENS APARTMENTS, INC.;
JOANN HOHMANN; and SHERYL EVANS;

      **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff filed an "Application to Proceed in District Court without Prepaying Fees or Costs (Short Form)" on January 25, 2016. [Doc. 2]. The Short Form application does not provide sufficient information for the Court to determine whether a plaintiff is unable to pay the required fees. The Court now requires plaintiffs seeking to proceed without prepaying fees to file the "Application to Proceed in District Court without Prepaying Fees or Costs (Long Form)." Consequently, Plaintiff's filing is deficient because Plaintiff has not filed the "Application to Proceed in District Court without Prepaying Fees or Costs (Long Form)." Failure to file an "Application to Proceed in District Court without Prepaying Fees or Costs (Long Form)" no later than February 22, 2016, may result in denial of Plaintiff's application to proceed without prepaying fees or costs. Failure to follow the instructions on the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" may also result in denial of Plaintiff's application to proceed without prepaying fees or costs. Any papers that Plaintiff files in response to this order must include the civil cause number (No. 16-cv-0054 SMV) of this case.

**IT IS THEREFORE ORDERED** that Plaintiff file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" **no later than February 22, 2016**.

**IT IS ALSO ORDERED** that the Clerk send to Plaintiff, together with a copy of this order, an "Application to Proceed in District Court without Prepaying Fees or Costs (Long Form)."

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**